C. A. No. 75-214. STATE *v.* JOHN J. WELCH. Motion of State to affirm the judgment below pursuant to Rule 16(g) is denied. *Julius C. Michaelson,* Attorney General, *William Granfield Brody,* Special Asst. Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

C. A. No. 75-253. STATE *v.* DENIS CARPENTIER. Motion of State to affirm the judgment below pursuant to Rule 16(g) denied. *Julius C. Michaelson,* Attorney General, *William Granfield Brody,* Special Asst. Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *David L. Martin,* Asst. Public Defender, for defendant.

Appeal No. 73-71. ERNEST JOSEPH GINGRAS *v.* ALVIN G. RICHMOND *et al.* Motion of plaintiff for assignment for oral argument is denied. No cause having been shown, the case is remitted to the Superior Court with direction to enter a directed verdict for the plaintiff on the false arrest count for nominal damages only. *Aram K. Berberian,* for plaintiff. *Louis A. Mascia,* City Solicitor, *Steven S. Saber,* Asst. City Solicitor, for defendants.

Appeal No. 74-206. WENDELL F. DESCOTEAUX *v.* JOSEPH BONAVENTURA. Motion of plaintiff to reargue appeal and his supplemental motion to reargue appeal are denied. *Aram K. Berberian,* for plaintiff. *Coia & Lepore, Ltd., Albert J. Lepore,* for defendant.

Appeal No. 75-30. ADAM FARKAS *v.* ALBERT M. SADLER *et al.* Motion of plaintiff for oral argument on defendant Mary Adams' motion to affirm is denied. Motion of defendant Mary Adams to affirm the judgment below pursuant to Rule 16(g) is granted. *Adam Farkas,* plaintiff, pro se. *Keenan, Rice, Dolan, Reardon & Kiernan, Leonard A. Kiernan, Jr., James A. Currier, Hanson, Curran, Bowen & Parks, Kenneth R. Neal,* for Mary R. Adams.